IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,** | Case No. 2:20-CV-0126-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. ROSARIO, et al.,** | |
| Defendants. | |

Good cause appearing based on counsel's declaration of the need for additional time to locate and review potentially responsive documents, Defendants' motion, ECF No. 29, to extend time to serve responses and objections to Plaintiff's Requests for Production of Documents, Sets One, and Interrogatories, Sets One is GRANTED.  The deadline for Defendants to serve responses and objections is extended to May 12, 2022.

**IT IS SO ORDERED.**

Dated:  March 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-CV-0126-TLN-DMC-P)