IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>D. ROSARIO, et al.,<br><br>  Defendants. | No. 2:20-CV-0126-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 31, for modification of the January 21, 2022, scheduling order. Because this is Plaintiff's first such request, the Court considers the motion ex parte pursuant to Eastern District of California Local Rule 144(c). Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to prepare further discovery due to having only recently received discovery responses from Defendants, Plaintiff's motion is granted. The discovery cut-off date is extended to September 26, 2022, and dispositive motions shall be filed by January 3, 2023.

IT IS SO ORDERED.

Dated:  June 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1